In the Matter of JOHN A. ARETAKIS, an Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Submitted January 12, 2009; decided January 22, 2009

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for a stay dismissed as academic.

GERDA B. CASSARA, Respondent, v JAMES I. WYNN, Also Known as JAMES WYNN, SR., Appellant.

Submitted December 1, 2008; decided January 22, 2009

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of RICHARD J. CONDON, as Special Commissioner of Investigation for the New York City School District, Respondent, v THE INTER-RELIGIOUS FOUNDATION FOR COMMUNITY ORGANIZATION, INC., Appellant.

In the Matter of RICHARD J. CONDON, as Special Commissioner of Investigation for the New York City School District, Respondent, v LUCIUS WALKER, JR., Appellant.

Submitted December 8, 2008; decided January 22, 2009

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.